JDPA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 AUG 12 AM 9: 21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Jaime CORVAIA-Hernandez <br> Defendant. | Magistrate's Case Number: <br> '08 MJ 2487 <br> COMPLAINT FOR VIOLATION OF: <br> Title 21, United States Code Section(s) 952 and 960- Importation of a Controlled Substance (Felony): |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about August 11, 2008, within the Southern District of California, defendant Jaime CORVAIA-Hernandez did knowingly and intentionally import approximately 36.10 kilograms of Cocaine, a schedule II controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, incorporated herein by reference.

_____
Jeffrey S. Thompson,
Special Agent
U.S. Immigration & Customs Enforcement

Sworn to before me and subscribed in my presence this 12th day of August 2008.

_____
UNITED STATES MAGISTRATE JUDGE

**United States of America**
            vs.
**Jaime CORVAIA-Hernandez**

## {PROBABLE CAUSE STATEMENT}

On August 11, 2008, at approximately 0910 hours, Jaime CORVAIA-Hernandez (CORVAIA) applied for entry into the United States from Mexico at the Tecate Port of Entry (POE). CORVAIA was the driver and sole occupant of a white 1998 Dodge Ram bearing Mexico license plate BNO7353. United States Customs and Border Protection Officer (CBPO) G. Cruz contacted CORVAIA while performing primary inspection duties at the Tecate POE. CORVAIA presented his valid DSP-150 Laser Visa. CBPO Cruz asked CORVAIA if he was bringing anything back from Mexico and CORVAIA stated he had nothing to declare.

CBP Canine Enforcement Officer (CEO) A. Cove was conducting K-9 operations with her assigned Narcotics and Human Detection Dog (NHDD), "Aries". Aries alerted to the Dodge Ram CORVAIA was driving. Aries alerted to the area between the rear seat and truck bed.

CBP Officers inspected the vehicle and removed the packages from behind the rear seat. CBP Officers probed one randomly selected package. The package field tested positive for cocaine. A total of thirty (30) packages were removed from the vehicle with a combined weight of approximately 36.10 kilograms.

At approximately 11:30 AM on August 11, 2008, San Diego Police Officer O. Amado advised CORVAIA of his Constitutional rights, as per Miranda, in the Spanish language. Post-Miranda, CORVAIA provided the following statements in summary:

CORVAIA stated that he knew the vehicle contained drugs but did not know the location, amount or type of the drugs. CORVAIA stated he was going to be paid $2,500 to deliver the drug-laden vehicle to a Ross store in Chula Vista California. CORVAIA stated he would be paid once he returned to Tecate, Mexico.

CORVAIA was arrested for violating Title 21, United States Code, Sections 952 & 960- Importation of a controlled substance.